# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDSEY GULDEN<br><br>and<br><br>DAMIAN BURCH,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION,<br>　　　　　　　Defendant. | Civil Action No. 3:24-CV-07381-MAS-TJB<br><br>**NOTICE OF EXXON MOBIL CORPORATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**<br><br><u>**ORAL ARGUMENT REQUESTED**</u> |

TO:  Neil Henrichsen
　　　Henrichsen Law Group, PLLC
　　　1725 1 Street, NW
　　　Washington DC 20006

**PLEASE TAKE NOTICE** that, on Monday, November 18, 2024 at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Exxon Mobil Corporation ("Defendant") shall move before the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for an Order dismissing Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a), or, in the alternative, transferring venue to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 1406(a) or § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendant shall rely upon the accompanying memorandum of law, certification of Richard J. Cino, Esq, with exhibits, and declaration of Beth Casteel.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument pursuant to L. Civ. R. 78.1.

                              **JACKSON LEWIS P.C.**

By:   */s/ Richard J. Cino*
       Richard J. Cino
       Bianca M. Olivadoti

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Reagan M. Brown*
Reagan M. Brown, Esq., *pro hac vice pending*

Dated: October 14, 2024

4863-6853-6814, v. 2