**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LINDSEY GULDEN <br><br> and <br><br> DAMIAN BURCH, <br>                  Plaintiffs, <br><br> v. <br><br> EXXON MOBIL CORPORATION, <br>                  Defendant. | Civil Action No. 3:24-CV-07381-MAS-TJB <br><br> **ORDER** |

**THIS MATTER** being presented to the Court by way of motion of Defendant Exxon Mobil Corporation ("Defendant"), for an order seeking to dismiss the Complaint of Plaintiffs Lindsey Gulden and Damian Burch ("Plaintiffs") in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a), or, in the alternative, to transfer venue pursuant to 28 U.S.C. § 1406(a) or § 1404(a), and the Court having considered the papers submitted by Defendant in support of the motion, and the papers submitted by Plaintiffs in opposition thereto, and for good cause shown;

    IT IS this _____ day of _____, 2024,

    **ORDERED** that, pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a), Defendant's Motion to Dismiss Plaintiffs' Complaint is **GRANTED**; and

    **IT IS FURTHER ORDERED** that Plaintiffs' Complaint is hereby dismissed, in its entirety, with prejudice.

**OR IN THE ALTERNATIVE;**

**ORDERED** that, pursuant to 28 U.S.C. § 1406(a) or § 1404(a), Defendant's motion to transfer venue from the United States District Court for the District of New Jersey to the United States District Court for the Southern District of Texas is **GRANTED**; and

**IT IS FURTHER ORDERED** that this case is hereby transferred to the United States District Court for the Southern District of Texas.

**IT IS FURTHER ORDERED** that a copy of this Order shall be deemed served upon all counsel once uploaded to the ECF docket.

_____
Hon. Michael A. Shipp

4875-4287-6398, v. 2