# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDSEY GULDEN<br><br>and<br><br>DAMIAN BURCH,<br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>EXXON MOBIL CORPORATION,<br>　　　　　　Defendant. | Civil Action No. 3:24-CV-07381-MAS-TJB<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that a true and correct copy of Defendant Exxon Mobil Corporation's notice of motion seeking to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) and 28 U.S.C. § 1406(a), or, in the alternative, to transfer venue pursuant to 28 U.S.C. § 1406(a) or § 1404(a), memorandum of law, certification of Richard J. Cino, Esq, with exhibits, declaration of Beth Casteel, proposed form of Order and certificate of service were served upon counsel for Plaintiffs Lindsey Gulden and Damian Burch, Neil Henrichsen, Henrichsen Law Group, PLLC, 1725 1 Street, NW, Washington DC 20006 via Pacer on this 14th day of October 2024.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard J. Cino*
　　　　　　　　　　　　　　　　　　　　　　　　　Richard J. Cino

Dated: October 14, 2024

4892-3737-5214, v. 2