# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDSEY GULDEN<br><br>and<br><br>DAMIAN BURCH,<br>                Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION,<br><br>                Defendant. | Civil Action No. 3:24-CV-07381-MAS-TJB<br><br>**NOTICE OF EXXON MOBIL CORPORATION'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

TO:    Neil Henrichsen
         Henrichsen Law Group, PLLC
         1725 1 Street, NW
         Washington DC 20006

**PLEASE TAKE NOTICE** that, on Monday November 18, 2024 at 9:00 in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Exxon Mobil Corporation ("Defendant") shall move before the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, for an Order dismissing Plaintiffs' Complaint pursuant to Rule 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendant shall rely upon the accompanying memorandum of law and certification of Richard J. Cino, Esq., with exhibits.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument pursuant to L. Civ. R. 78.1.

                                            **JACKSON LEWIS P.C.**

By:    */s/ Richard J. Cino*
         Richard J. Cino
         Bianca M. Olivadoti

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Reagan M. Brown*
Reagan M. Brown, Esq., *pro hac vice pending*

Dated: October 14, 2024

4873-1998-9742, v. 2