# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LINDSEY GULDEN | : | Civil Action No. 3:24-CV-07381-MAS-TJB |
| and | : | |
| DAMIAN BURCH, | : | |
| Plaintiffs, | : | |
| v. | : | **ORDER** |
| EXXON MOBIL CORPORATION, | : | |
| Defendant. | : | |

**THIS MATTER** being presented to the Court by way of motion of Defendant Exxon Mobil Corporation ("Defendant") for an order dismissing the Complaint of Plaintiffs Lindsey Gulden and Damian Burch ("Plaintiffs") in its entirety with prejudice pursuant to Federal Rule of Civil Procedure Rule 12(b)(6), and the Court having considered the papers submitted by Defendant in support of the motion, and the papers submitted by Plaintiffs in opposition thereto, and for good cause shown;

IT IS this _____ day of _____, 2024,

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant's Motion to Dismiss Plaintiffs' Complaint is **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiffs' Complaint is hereby dismissed, in its entirety, with prejudice.

**IT IS FURTHER ORDERED** that a copy of this Order shall be deemed served upon all counsel once uploaded to the ECF docket.

_____
Hon. Michael A. Shipp

4857-2621-9758, v. 2