# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDSEY GULDEN<br><br>and<br><br>DAMIAN BURCH,<br>                    Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION,<br>                    Defendant. | Civil Action No. 3:24-CV-07381-MAS-TJB<br><br>**CERTIFICATE OF SERVICE** |

    I hereby certify that a true and correct copy of Defendant Exxon Mobil Corporation's Notice of Motion to Dismiss the Complaint of Plaintiffs Lindsey Gulden and Damian Burch, supporting Memorandum of Law, Certification of Richard J. Cino, Esq., with exhibits, proposed form of Order, and this Certificate of Service were served upon counsel for Plaintiffs, Neil Henrichsen, Henrichsen Law Group, PLLC, 1725 1 Street, NW, Washington DC 20006 via Pacer on this 14th day of October 2024.


                                                  */s/ Richard J. Cino*
                                                      Richard J. Cino

Dated: October 14, 2024

4886-7887-8702, v. 2